IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DEC 1 7 1999

| | |
|---|---|
| **CROFTON VENTURES LIMITED PARTNERSHIP,** ) ) ) Plaintiff, ) ) v. ) ) **G&H PARTNERSHIP, et al.,** ) ) Defendants. ) | Civil Action No. MJG 96-1378 |

## ORDER

Upon consideration of the Motion for Admission Pro Hac Vice under Local Rule 101.1(b), it is this _____ day of _____, 1999, by the United States District Court for the District of Maryland,

**ORDERED** that Kathleen L. Nooney be and the same is hereby admitted to practice before this Court for the limited purpose of appearing and participating in this case as counsel for Plaintiff Crofton Ventures Limited Partnership.

_____
Judge, U.S. District Court for the
District of Maryland

CHIDOCS/0921/697324.1