UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

May 20, 2003

Steven K. Fedder, Esquire
Piper Marbury Rudnick & Wolfe
6225 Smith Avenue
Baltimore, MD 21209-3600

Milissa A. Murray, Esquire
Swindler & Berlin
3000 K Street, N. W., Suite 300
Washington, D.C. 20007

Re:   Crofton Ventures v. G&H Partnership, et al
      Civil Action No.: MJG-96-1378

Dear Counsel:

Please be advised that a telephone conference regarding settlement in the above case has been scheduled for Tuesday, June 24, 2003 at 4:00 p.m. I would appreciate if counsel for the plaintiff, Mr. Steven Fedder, initiate the call to my chambers and Ms. Melissa A. Murray.

Your anticipated cooperation in this matter is greatly appreciated.

Very truly yours,

Paul W. Grimm
United States Magistrate Judge

cc:   Honorable Marvin J. Garbis
      Court File.