IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | |
|---|---|
| CROFTON VENTURES LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>G&H PARTNERSHIP, ET AL.,<br><br>Defendants. | Civil Action No. MJG 96-1378 |

## REPLY MEMORANDUM IN SUPPORT OF MOTION TO REOPEN

The plaintiff, Crofton Ventures Limited Partnership ("Crofton"), by its undersigned counsel, submits this reply memorandum in support of its Motion to Reopen.

Contemporaneously with the filing of this Reply Memorandum, Crofton filed a Motion to Enforce Settlement Agreement. The Motion to Enforce Settlement Agreement is based upon admissions made by defendant, E. Stewart Mitchell, Inc. ("ESM"), in its Opposition to Plaintiff's Motion to Reopen (the "Opposition"). In particular, ESM alleges in its Opposition that the parties settled this case on November 19, 2002 and a term included in that settlement dealing with allocation of the settlement amount was not a condition precedent to the settlement agreement. In light of ESM's admission that a binding settlement agreement exists requiring ESM to pay Crofton the sum certain of $1,475,000 in exchange for title to the property at issue in these proceedings, Crofton respectfully requests that the court defer any ruling on the Motion to Reopen until it has ruled on the Motion to Enforce Settlement Agreement.

~BALT2:773010.v2  |11/14/03
10965/232980-1

Respectfully submitted,

_____
Steven K. Fedder  (Fed. Bar No. 00873)
Damon L. Krieger  (Fed. Bar No. 26848)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
*phone*  (410) 580-3000
*fax*  (410) 580-3001

Attorneys for Crofton Ventures Limited Partnership

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2003, a true and correct copy of the plaintiff's Reply Memorandum in Support of Motion to Reopen was filed electronically and mailed by first class U.S. Mail, postage prepaid, to:

> Milissa A. Murray, Esquire
> Swidler Berlin Shereff Friedman, LLP
> The Washington Harbor
> 3000 K Street, N.W., Suite 300
> Washington, DC 20007

> Thomas M. Lingan, Esquire
> Venable, Baetjer & Howard, L.L.P.
> 2 Hopkins Plaza
> 1800 Mercantile Bank & Trust Building
> Baltimore, Maryland 21201

_____
STEVEN K. FEDDER