IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

|  |  |  |
|---|---|---|
| CROFTON VENTURES LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action MJG 96-1378 |
| v. | ) ) ) | |
| G&H PARTNERSHIP, et al. | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

UPON CONSIDERATION of the Motion of Defendant E. Stewart Mitchell, Inc. for Leave to File Surreply in Opposition to Plaintiff's Motion to Reopen, and for good cause shown, it is hereby:

ORDERED that the Motion of Defendant E. Stewart Mitchell, Inc. for Leave to File Surreply in Opposition to Plaintiff's Motion to Reopen is GRANTED; and

ORDERED that the Clerk shall file the Surreply attached to the Motion for Leave to be placed in the Court's record.

Dated this ___ day of ____, 2003.

SO ORDERED.

_____
Marvin J. Garbis
United States District Court Judge

9106266v1