## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 25th day of November, 2003, a true and correct copy of the Motion of E. Stewart Mitchell, Inc. for Leave to File a Surreply in Opposition to Plaintiff's Motion to Reopen and accompanying papers, which were filed electronically, was mailed by first class U.S. Mail, postage prepaid to:

Steven K. Fedder  
Piper Rudnick, LLP  
6225 Smith Avenue  
Baltimore, Maryland  21209-3600

Thomas M. Lingan, Esq.  
Venable, Baetjer and Howard, LLP  
2 Hopkins Plaza  
1800 Mercantile Bank & Trust Building  
Baltimore, Maryland  21202

                                                          _____/s/_____  
                                                          Milissa A. Murray

9106328v1