```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

CROFTON VENTURES LIMITED        *
PARTNERSHIP
            Plaintiff           *

    vs.                         *   CIVIL ACTION NO. MJG-96-1378

G&H PARTNERSHIP, et al.         *

            Defendants          *

*     *     *        *     *     *     *     *

## SEALING ORDER

It appears necessary to seal certain documents that may disclose confidential settlement information.

Accordingly the Clerk shall FILE UNDER SEAL THE FOLLOWING:

1. The Motion to Enforce Settlement Agreement [Paper 108].

2. The Response in Opposition re Motion to Enforce Settlement Agreement, Supporting Memorandum, and Proposed Order [Paper 110].

SO ORDERED, on <u>Wednesday, 26 November, 2003</u>

                          /s/
                    Marvin J. Garbis
                United States District Judge