

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**

**Chambers of**
**Hon. Marvin J. Garbis**
**United States District Judge**
**410-962-7700**

December 3, 2003

TO ALL COUNSEL OF RECORD

    Re: <u>Crofton Ventures v. G & H Partnership, MJG-96-1378</u>

Dear Sir/Madam:

    This is to confirm that there will be a hearing on pending motions on Thursday, December 11, at 9:00 a.m. By agreement, I shall accept as evidence the respective statements of counsel without the need for formal testimony or the need for any party to engage additional counsel.

    Although informal, this letter constitutes an Order of this Court.

                                   Yours truly,

                                     /s/

                             Marvin J. Garbis
                       United States District Judge

cc: Clerk of Court