IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

CROFTON VENTURES LIMITED
PARTNERSHIP,

       Plaintiff,          )    Civil Action MJG 96-1378
                             )
       v.                  )
                             )
G&H PARTNERSHIP, et al.    )
                             )
       Defendants.     )

## AMENDED ORDER

This Court's Order granting Plaintiff's Motion to Reopen and its Motion to Enforce Settlement Agreement dated December 11, 2003 is hereby amended as of the 30th day of December, 2003 as follows:

Closing on the parties' settlement shall occur on or before January 15, 2004.


IT IS SO ORDERED THIS   7th  DAY OF JANUARY, 2004.


                                         /s/
                    Judge, United States District Court for the
                            District of Maryland
                            Marvin J. Garbis

9113978v1