IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | | |
|---|---|---|
| CROFTON VENTURES LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action MJG 96-1378 |
| v. | ) ) ) | |
| G&H PARTNERSHIP, et al. | ) ) | |
| Defendants. | ) ) | |

ORDER GRANTING MOTION
OF E. STEWART MITCHELL, INC. TO EXTEND
TIME TO FILE NOTICE OF APPEAL

Upon consideration of the Motion of E. Stewart Mitchell, Inc. ("Mitchell") to Extend the Time to File A Notice of Appeal from this Court's December 11, 2003 Order that, among other things, granted Plaintiff's Motion to Reopen and Motion to Enforce Settlement, and finding good cause under Rule 4(a)(5)(A)(ii) of the Federal Rules of Appellate procedure to extend the time, and further, finding that the Motion to Extend Time was filed within the time prescribed by Rule 4(a)(5)(A)(i), it is this __ day of _____, by the United States District Court for the District of Maryland,

ORDERED that the Motion of E. Stewart Mitchell, Inc. to Extend the Time to File a Notice of Appeal be, and the same is hereby, GRANTED; and is further;

- 2 -

ORDERED that E. Stewart Mitchell, Inc. shall have until (i) 30 days after the prescribed time under Rule 4(a)(1)(A), or (ii) 10 days after the date when this order granting the Motion to Extend Time is entered, whichever is later, to file its Notice of Appeal of this Court's Order dated December 11, 2003.

Date:_____                    _____
                                         Judge, U.S. District Court for the District of
                                         Maryland

9115348v1