## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2004, a true and correct copy of the Motion of E. Stewart Mitchell, Inc. to Extend the Time to File a Notice of Appeal, which was filed electronically, was mailed by first class U.S. Mail, postage prepaid to:

Steven K. Fedder
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, Maryland  21209-3600

_____/s/_____
Milissa A. Murray

9115314v1