```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

CROFTON VENTURES LIMITED          *
PARTNERSHIP
        Plaintiff              *

        vs.                    *  CIVIL ACTION NO. MJG-96-1378

G&H PARTNERSHIP, et al.           *

        Defendants             *

*     *     *     *     *     *     *     *     *

<u>ORDER</u>

In accordance with the proceedings held in this matter on this date:

1. A conference, on the record, to be attended by counsel shall be held on Friday, April 23, 2004 at 10:00 a.m.

2. Among other things that may be raised by the parties, the Court will consider rescission of its Order of December 11, 2003.

SO ORDERED, on <u>Thursday, March 25, 2004</u>.

                                      _____/ s /_____
                                  Marvin J. Garbis
                           United States District Judge