# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND,
### BALTIMORE DIVISION

|  |  |  |
|---|---|---|
| **CROFTON VENTURES LIMITED PARTNERSHIP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action MJG 96-1378** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **G&H PARTNERSHIP, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING MOTION TO RESCIND DECEMBER 11, 2003 ORDER

Upon consideration of the Motion for Rescission filed by E. Stewart Mitchell, Inc. and any opposition thereto of Crofton Ventures Limited Partnership, and it appearing that closing on the parties' settlement of November 2002 has not occurred by this late date, it is this ___ day of _____, 2004, by the United States District Court for the District of Maryland, Baltimore Division,

**ORDERED** and **DECREED** that this Court's Order of December 11, 2003, be and the same is hereby rescinded; and it is further,

**ORDERED** that the Motion to Reopen and the Motion to Enforce Settlement filed by Crofton Ventures Limited partnership, be and the same are hereby, DENIED.

Date:_____     _____
                                Judge, U.S. District Court

9139478v1