```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

CROFTON VENTURES LIMITED         *
PARTNERSHIP
            Plaintiff            *

        vs.                      *   CIVIL ACTION NO. MJG-96-1378

G&H PARTNERSHIP, et al.          *

            Defendants           *

*      *      *      *      *      *      *      *      *

<u>ORDER</u>

In accordance with the conference with counsel held in this matter on this date:

1. This case shall be stayed until May 24, 2004 or such later date as may be set forth in an Order agreed upon by the parties.

2. Plaintiff shall file a response to the pending Motion for Rescission of December 11, 2003 Order[1] within fifteen days after the conclusion of the said stay.

3. In the response, Plaintiff shall:

   a. Set forth what Plaintiff contends should be the status of the case if

      (1) The said motion is granted or

      (2) The said motion is denied.

   b. Present evidence establishing that it would be inequitable to enforce the deadline for

---

[1] The December 11, 2003 Order at issue reopened the case, enforced the parties' settlement agreement for consummation by December 31, 2003 [extended to January 15, 2004] and closed the case again. If the said Order is rescinded, the Court could either leave the case closed or could reopen the case and proceed with the litigation.

        reopening set forth in the November 19, 2002 Order.

    c.    Present the basis upon which Plaintiff contends that this Court has jurisdiction to enforce any settlement agreement.

    d.    Identify[2] issues regarding the interpretation of the settlement agreement.[3]

    e.    State Plaintiff's position regarding the proceedings to be held if the case is reopened. In particular, Plaintiffs' position as to:

        (1)    Whether the case can proceed to argument on the current record, and, if not

        (2)    The issues to be tried in a second trial,

        (3)    The extent of any additional factual discovery needed,

        (4)    The nature of any additional expert witness testimony needed,

        (5)    The estimated duration of any second trial.

SO ORDERED, on **Friday, April 23, 2004**.

                                          / s /
                                Marvin J. Garbis
                        United States District Judge

---

[2]    But, Plaintiff need not present argument at this stage.

[3]    For example, whether the Plaintiff can satisfy its obligations by tendering a quitclaim deed.