```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

CROFTON VENTURES LIMITED        *
PARTNERSHIP
            Plaintiff           *

       vs.                      *   CIVIL ACTION NO. MJG-96-1378

G&H PARTNERSHIP, et al.         *

            Defendants          *

*       *       *       *       *       *       *       *       *
```

## ORDER

It appears appropriate to grant an extension of the deadline for Plaintiff to respond to the pending motion in order to try to facilitate settlement.

Accordingly:

1. The deadline for Plaintiff to respond to the pending motion is hereby extended to August 9, 2004.

2. The extension is a week longer than requested by Plaintiff to insure that the case will either be settled or proceed without further extensions that are opposed by Defendants.


SO ORDERED, on <u>Monday, July 19, 2004</u>.


                            _____/ s /_____
                            Marvin J. Garbis
                       United States District Judge