IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CROFTON VENTURES LIMITED          *
PARTNERSHIP
        Plaintiff        *

       vs.                      *   CIVIL ACTION NO. MJG-96-1378

G&H PARTNERSHIP, et al.            *

        Defendants      *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The Court can no longer condone the continuing delay of this matter. While the Court should not, and cannot, allocate fault for the delay in consummating settlement as among the parties and, possibly, others, it is now time to end the process.

As discussed with counsel, there will be a final fixed date by which Plaintiff must respond to the pending Motion for Recission of December 11, 2003 Order consistent with the Order of April 23, 2004. If the case is settled prior to the due date, the matter is over. If not, the response is then due, period, end of discussion.

Accordingly:

    1.   Plaintiff shall, by October 29, 2004[1] respond to the pending Motion for Recission of December 11, 2003 Order [Paper 120] consistent with the Order of April 23, 2004.

---

   [1]   This is the date agreed upon by counsel in a telephone conference and provides more than ample time for the parties to resolve their differences if they choose to do so.

2.  If Plaintiff does not comply herewith, this case shall be dismissed with prejudice.

3.  Absent agreement of the parties, there shall be no extension of the October 29, 2004 deadline so that Plaintiff must take care to insure timely filing.

SO ORDERED, on **Wednesday, September 22, 2004**.

                                                        / s /
                                      Marvin J. Garbis
                           United States District Judge