```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

CROFTON VENTURES LIMITED        *
PARTNERSHIP
              Plaintiff         *

       vs.                      *   CIVIL ACTION NO. MJG-96-1378

G&H PARTNERSHIP, et al.         *

              Defendants        *

*      *      *      *      *      *      *      *      *
```

## ORDER EXTENDING DEADLINE

It being represented by counsel for Plaintiff that all parties agree, the October 29, 2004 deadline set in the Order of September 22, 2004 is hereby extended by one week.

SO ORDERED, on <u>Friday, October 29, 2004</u>.

<u>        / s /        </u><br>
Marvin J. Garbis<br>
United States District Judge