IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | |
|---|---|
| CROFTON VENTURES LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>G&H PARTNERSHIP, et al.<br><br>Defendants. | Civil Action MJG 96-1378 |

## STIPULATION OF DISMISSAL

Crofton Ventures Limited Partnership, E. Stewart Mitchell, Inc., G&H Partnership, Harry Ratrie and Dahlia Ratrie, by their undersigned counsel, having entered into a Settlement Agreement and Mutual Release disposing of all issues in the above-captioned matter hereby stipulate to the dismissal of said matter, "WITH PREJUDICE", with each party being responsible for its own costs and attorneys' fees.

_____
Steven K. Fedder
Leitess Leitess Friedberg and Fedder P.C.
One Corporate Center
10451 Mill Run Circle
Owings Mills, MD 21117
Attorneys for Crofton Ventures Limited Partnership

*/s/ Milissa A. Murray*
Milissa A. Murray
Swidler Berlin Shereff Friedman, LLP
Suite 300, 3000 K Street, N.W.
Washington, D.C. 20007

Attorneys for E. Stewart Mitchell, Inc.

*/s/ Thomas M. Lingan*
Thomas M. Lingan
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, MD 21201

Attorneys for G&H Partnership, Harry Ratrie
 and Dahlia Ratrie