IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | | |
|---|---|---|
| CROFTON VENTURES LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action MJG 96-1378 |
| v. | ) ) ) | |
| G&H PARTNERSHIP, et al. | ) ) | |
| Defendants. | ) ) | |

ORDER

The Court, having reviewed the Stipulation of Dismissal entered into the parties and being satisfied that the parties' settlement was freely and voluntarily entered into, it is this \_\_\_\_ day of _____, 2005 by the U.S. District Court for the District of Maryland,

**ORDERED, DECREED** and **DECLARED** that the above-referenced case including all claims, counterclaims, crossclaims and third-party claims, be and the same is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

_____
Marvin J. Garbis, Senior District Judge,

9194889v1