FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

'05 FEB 5 P 2 42

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | |
|---|---|
| CROFTON VENTURES LIMITED PARTNERSHIP, | ) ) ) |
| Plaintiff, | ) )   Civil Action MJG 96-1378 |
| v. | ) ) ) |
| G&H PARTNERSHIP, et al. | ) ) |
| Defendants. | ) ) |

ORDER

The Court, having reviewed the Stipulation of Dismissal entered into the parties and being satisfied that the parties' settlement was freely and voluntarily entered into, it is this 11th day of Feb., 2005 by the U.S. District Court for the District of Maryland,

**ORDERED, DECREED and DECLARED** that the above-referenced case including all claims, counterclaims, crossclaims and third-party claims, be and the same is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

_____/s/_____
Marvin J. Garbis, ~~Senior District Judge~~
United States District Judge

9194889v1